UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

       Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

       Appellant,

         v.                   CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST,

       Appellee.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

       Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

       Appellant,

         v.                   CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

       Appellees.
_____/

```
 1  In re:

 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
              Debtors.
 4
    BRADLEY D. SHARP, Chapter 11
 5  Trustee,

 6            Appellant,

 7               v.                          CIV. NO. S-11-1841 LKK

 8  SCOTT SALYER, as trustee of
    the Scott Salyer Revocable
 9  Trust, et al.,

10            Appellees.
                                          /
11  In re:

12  SK FOODS, L.P., a California
    limited partnership, et al.,
13
              Debtors.
14
    BRADLEY D. SHARP, Chapter 11
15  Trustee,

16            Appellant,

17               v.                          CIV. NO. S-11-1842 LKK

18  SSC FARMS 1, LLC, et al.,

19            Appellees.
                                          /
20  In re:

21  SK FOODS, L.P., a California
    limited partnership, et al.,
22
              Debtors.
23
    BANK OF MONTREAL, as
24  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
25  L.P. and RHM Industrial
    Specialty Foods, Inc, a
26  California corporation, d/b/a
```

```
 1 │ Colusa County Canning Co.,
 2 │         Appellant,
 3 │             v.                              CIV. NO. S-11-1845 LKK
 4 │ SCOTT SALYER, et al.,
 5 │         Appellees.
   │ _____/
 6 │ In re:
 7 │ SK FOODS, L.P., a California
   │ limited partnership, et al.,
 8 │
   │         Debtors.
 9 │
   │ BANK OF MONTREAL, as
10 │ Administrative Agent, successor
   │ by Assignment to Debtors SK Foods,
11 │ L.P. and RHM Industrial
   │ Specialty Foods, Inc, a
12 │ California corporation, d/b/a
   │ Colusa County Canning Co.,
13 │
   │         Appellant,
14 │
   │             v.                              CIV. NO. S-11-1846 LKK
15 │
   │ INTERNAL REVENUE SERVICE, et al.,
16 │
   │         Appellees.
17 │ _____/
   │ In re:
18 │
   │ SK FOODS, L.P., a California
19 │ limited partnership, et al.,
20 │         Debtors.
21 │ BANK OF MONTREAL, as
   │ Administrative Agent, successor
22 │ by Assignment to Debtors SK Foods,
   │ L.P. and RHM Industrial
23 │ Specialty Foods, Inc, a
   │ California corporation, d/b/a
24 │ Colusa County Canning Co.,              CIV. NO. S-11-1847 LKK
25 │         Appellant,
26 │             v.
```

```
 1  CSSS, L.P.,

 2              Appellee.
    _____/
 3  In re:

 4  SK FOODS, L.P., a California
    limited partnership, et al.,
 5
                Debtors.
 6
    BANK OF MONTREAL, as
 7  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 8  L.P. and RHM Industrial
    Specialty Foods, Inc, a
 9  California corporation, d/b/a
    Colusa County Canning Co.,              CIV. NO. S-11-1849 LKK
10
                Appellant,
11
                     v.
12
    CALIFORNIA FRANCHISE TAX
13  BOARD, et al.,

14              Appellees.
    _____/
15  In re:

16  SK FOODS, L.P., a California
    limited partnership, et al.,
17
                Debtors.
18
    BANK OF MONTREAL, as
19  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
20  L.P. and RHM Industrial
    Specialty Foods, Inc, a
21  California corporation, d/b/a
    Colusa County Canning Co.,              CIV. NO. S-11-1850 LKK
22
                Appellant,
23
                     v.
24
    CALIFORNIA FRANCHISE TAX
25  BOARD, et al.,

26              Appellees.
```

4

```
                                        /
In re:

SK FOODS, L.P., a California
limited partnership, et al.,

         Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,                  CIV. NO. S-11-1853 LKK

         Appellant,

              v.

CARY SCOTT COLLINS, et al.,

         Appellees.
                                        /
In re:

SK FOODS, L.P., a California
limited partnership, et al.,

         Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,                  CIV. NO. S-11-1855 LKK

         Appellant,

              v.
                                                 O R D E R
CARY SCOTT COLLINS, et al.,

         Appellees.
                                        /

////
```

1    The hearing on this appeal is hereby re-scheduled for April
2 23, 2012 at 10:00 a.m.
3    The parties are advised that Frederick Scott Salyer has
4 entered a plea of guilty, U.S. v. Salyer, 10 Cr. 61 (March 23,
5 2012), and that a contested sentencing hearing is currently
6 scheduled for July 10, 2012.
7    Appellees shall therefore file a letter with this court no
8 later than seven days from the date of this order advising this
9 court whether they still require a stay of the bankruptcy court
10 proceedings, in light of the guilty plea.  The letter shall be no
11 longer than two pages in length, and shall only advise the court,
12 and shall not argue, re-argue or supplement their appeal papers.
13    Appellant (the Trustee), may file a responsive letter, no
14 later than seven days from the date of appellees' letter, which
15 shall be subject to the same constraints as were imposed on
16 appellees.
17    IT IS SO ORDERED.
18    DATED: March 26, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT