UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

FREDERICK SCOTT SALYER,

       Defendant.

CR. NO. S-10-061 LKK

_____/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

       Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

       Appellant,

       v.

SSC FARMS 1, LLC, et al.,

       Appellees.

CIV. NO. S-12-0775 JAM

_____/

////

////

////

////

```
 1  In re:
 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
              Debtors.
 4
    BRADLEY D. SHARP, Chapter 11
 5  Trustee,
 6            Appellant,
 7            v.                              CIV. NO. S-11-1839 LKK
 8  FRED SALYER IRREVOCABLE TRUST,
 9            Appellee.
    _____/
10  In re:
11  SK FOODS, L.P., a California
    limited partnership, et al.,
12
              Debtors.
13
    BRADLEY D. SHARP, Chapter 11
14  Trustee,
15            Appellant,
16            v.                              CIV. NO. S-11-1840 LKK
17  SKF AVIATION, LLC, et al.,
18            Appellees.
19  _____/
    In re:
20
    SK FOODS, L.P., a California
21  limited partnership, et al.,
22            Debtors.
23  BRADLEY D. SHARP, Chapter 11
    Trustee,
24
              Appellant,
25  ////
26  ////
```

2

|  |  |
|---|---|
| v. | CIV. NO. S-11-1842 LKK |

SSC FARMS 1, LLC, et al.,

       Appellees.
_____/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

       Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

       Appellant,

|  |  |
|---|---|
| v. | CIV. NO. S-11-1845 LKK |

SCOTT SALYER, et al.,

       Appellees.
_____/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

       Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

       Appellant,

|  |  |
|---|---|
| v. | CIV. NO. S-11-1846 LKK |

INTERNAL REVENUE SERVICE, et al.,

       Appellees.
_____/

```
 1   In re:

 2   SK FOODS, L.P., a California
     limited partnership, et al.,
 3
                Debtors.
 4
     BANK OF MONTREAL, as
 5   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
 6   L.P. and RHM Industrial
     Specialty Foods, Inc, a
 7   California corporation, d/b/a
     Colusa County Canning Co.,                  CIV. NO. S-11-1847 LKK
 8
                Appellant,
 9
                      v.
10
     CSSS, L.P.,
11
                Appellee.
12   _____/
     In re:
13
     SK FOODS, L.P., a California
14   limited partnership, et al.,

15              Debtors.

16   BANK OF MONTREAL, as
     Administrative Agent, successor
17   by Assignment to Debtors SK Foods,
     L.P. and RHM Industrial
18   Specialty Foods, Inc, a
     California corporation, d/b/a
19   Colusa County Canning Co.,                  CIV. NO. S-11-1849 LKK

20              Appellant,

21                    v.

22   CALIFORNIA FRANCHISE TAX
     BOARD, et al.,
23
                Appellees.
24   _____/
     In re:
25
     SK FOODS, L.P., a California
26   limited partnership, et al.,
```

```
 1              Debtors.

 2  BANK OF MONTREAL, as
    Administrative Agent, successor
 3  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
 4  Specialty Foods, Inc, a
    California corporation, d/b/a
 5  Colusa County Canning Co.,              CIV. NO. S-11-1850 LKK

 6          Appellant,

 7              v.

 8  CALIFORNIA FRANCHISE TAX
    BOARD, et al.,
 9
            Appellees.
10  _____/
    In re:
11
    SK FOODS, L.P., a California
12  limited partnership, et al.,

13          Debtors.

14  BANK OF MONTREAL, as
    Administrative Agent, successor
15  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
16  Specialty Foods, Inc, a
    California corporation, d/b/a
17  Colusa County Canning Co.,              CIV. NO. S-11-1853 LKK

18          Appellant,

19              v.

20  CARY SCOTT COLLINS, et al.,

21          Appellees.
    _____/
22  In re:

23  SK FOODS, L.P., a California
    limited partnership, et al.,
24
            Debtors.
25
    BANK OF MONTREAL, as
26  Administrative Agent, successor
```

```
 1  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
 2  Specialty Foods, Inc, a
    California corporation, d/b/a
 3  Colusa County Canning Co.,                CIV. NO. S-11-1855 LKK

 4          Appellant,

 5          v.
                                              RELATED CASE ORDER
 6  CARY SCOTT COLLINS, et al.,

 7          Appellees.
                                        /
 8
```

9   Non-parties Cary Collins and Collins and Associates in the
10  above-captioned bankruptcy appeal have filed a Notice of Related
11  Cases.

12  The above-captioned bankruptcy matter appears to be related
13  to the previously related cases 2:11-CV-1839-LKK, 2:11-CV-01840,
14  2:11-CV-1842, 2:11-CV-1845, 2:11-CV-1846, 2:11-CV-1847,
15  2:11-CV-1849, 2:11-CV-1850, 2:11-CV-1853, and 2:11-CV-1855.

16  Related cases are generally assigned to the judge presiding
17  over the case with the lowest number. See E.D. Cal. R. 123(c).
18  Accordingly the court ORDERS as follows:

19  1. The action denominated 2:12-CV-0775 JAM is REASSIGNED to
20  Senior Judge Lawrence K. Karlton for all further proceedings.

21  2. Henceforth, the caption on documents filed in the
22  reassigned case shall be shown as 2:12-CV-0775 LKK.

23  3. The Clerk of the Court shall make appropriate adjustment
24  in the assignment of civil cases to compensate for this
25  reassignment.

26  ////

1      IT IS SO ORDERED.

2  DATED: March 29, 2012.

                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT