UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

FREDERICK SCOTT SALYER,

        Defendant.

_____/

CR. NO. S-10-061 LKK

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Appellant,

        v.

SSC FARMS 1, LLC, et al.,

        Appellees.

_____/

CIV. NO. S-12-0775 JAM

////

////

////

////

1  In re:

2  SK FOODS, L.P., a California
   limited partnership, et al.,
3
                Debtors.
4
   BRADLEY D. SHARP, Chapter 11
5  Trustee,

6              Appellant,

7                  v.                    CIV. NO. S-11-1839 LKK

8  FRED SALYER IRREVOCABLE TRUST,

9              Appellee.
   _____/
10 In re:

11 SK FOODS, L.P., a California
   limited partnership, et al.,
12
                Debtors.
13
   BRADLEY D. SHARP, Chapter 11
14 Trustee,

15             Appellant,

16                 v.                    CIV. NO. S-11-1840 LKK

17 SKF AVIATION, LLC, et al.,

18             Appellees.

19 _____/
   In re:
20
   SK FOODS, L.P., a California
21 limited partnership, et al.,

22             Debtors.

23 BRADLEY D. SHARP, Chapter 11
   Trustee,
24
              Appellant,
25 ////

26 ////

                              2

1                    v.                      CIV. NO. S-11-1842 LKK

2   SSC FARMS 1, LLC, et al.,

3           Appellees.
    _____/

4   In re:

5   SK FOODS, L.P., a California
    limited partnership, et al.,

6

7           Debtors.

    BANK OF MONTREAL, as
8   Administrative Agent, successor
    by Assignment to Debtors SK Foods,
9   L.P. and RHM Industrial
    Specialty Foods, Inc, a
10  California corporation, d/b/a
    Colusa County Canning Co.,

11

12          Appellant,

13                   v.                      CIV. NO. S-11-1845 LKK

    SCOTT SALYER, et al.,
14

15          Appellees.
    _____/

16  In re:

17  SK FOODS, L.P., a California
    limited partnership, et al.,

18          Debtors.

19  BANK OF MONTREAL, as Administrative
    Agent, successor by Assignment to
20  Debtors SK Foods, L.P. and RHM
    Industrial Specialty Foods, Inc, a
21  California corporation, d/b/a
    Colusa County Canning Co.,

22

23          Appellant,

24                   v.                      CIV. NO. S-11-1846 LKK

25  INTERNAL REVENUE SERVICE, et al.,

26          Appellees.
    _____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,                  CIV. NO. S-11-1847 LKK

        Appellant,

           v.

CSSS, L.P.,

        Appellee.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,                  CIV. NO. S-11-1849 LKK

        Appellant,

           v.

CALIFORNIA FRANCHISE TAX
BOARD, et al.,

        Appellees.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

4

1              Debtors.

2   BANK OF MONTREAL, as
    Administrative Agent, successor
3   by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
4   Specialty Foods, Inc, a
    California corporation, d/b/a
5   Colusa County Canning Co.,              CIV. NO. S-11-1850 LKK

6              Appellant,

7                 v.

8   CALIFORNIA FRANCHISE TAX
    BOARD, et al.,
9
               Appellees.
10  _____/
    In re:
11
    SK FOODS, L.P., a California
12  limited partnership, et al.,

13             Debtors.

14  BANK OF MONTREAL, as
    Administrative Agent, successor
15  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
16  Specialty Foods, Inc, a
    California corporation, d/b/a
17  Colusa County Canning Co.,              CIV. NO. S-11-1853 LKK

18             Appellant,

19                v.

20  CARY SCOTT COLLINS, et al.,

21             Appellees.
    _____/
22  In re:

23  SK FOODS, L.P., a California
    limited partnership, et al.,
24
               Debtors.
25
    BANK OF MONTREAL, as
26  Administrative Agent, successor

                              5

by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,                    CIV. NO. S-11-1855 LKK

       Appellant,

          v.
                                              **RELATED CASE ORDER**
CARY SCOTT COLLINS, et al.,

       Appellees.
_____/

    Non-parties Cary Collins and Collins and Associates in the above-captioned bankruptcy appeal have filed a Notice of Related Cases.

    The above-captioned bankruptcy matter appears to be related to the previously related cases 2:11-CV-1839-LKK, 2:11-CV-01840, 2:11-CV-1842, 2:11-CV-1845, 2:11-CV-1846, 2:11-CV-1847, 2:11-CV-1849, 2:11-CV-1850, 2:11-CV-1853, and 2:11-CV-1855.

    Related cases are generally assigned to the judge presiding over the case with the lowest number. See E.D. Cal. R. 123(c). Accordingly the court ORDERS as follows:

    1. The action denominated 2:12-CV-0775 JAM is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings.

    2. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:12-CV-0775 LKK.

    3. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

////

1        IT IS SO ORDERED.

2 DATED:   March 29, 2012.

3                                         LAWRENCE K. KARLTON
                                          SENIOR JUDGE
4                                         UNITED STATES DISTRICT COURT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26